NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Tom N. Yacko (SBN 310993)
TYacko@LitvakLawGroup.com
**LITVAK LAW GROUP, P.C.**
2424 SE Bristol St., Suite 300
Newport Beach, CA 92660
P: 949-477-4900

ATTORNEY(S) FOR:   Plaintiffs, Uri Litvak and Marianne Litvak

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI LITVAK, an individual, and MARIANNE LITVAK, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>VISTANA SIGNATURE EXPERIENCES, INC., a Delaware corporation; MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation; ANDREW LAWRENCE O'CONNELL, IV, an individual; and FLEX COLLECTION, LLC., a Florida limited liability company, and DOES 2 through 10<br><br>Defendant(s) | CASE NUMBER:<br><br>8:24-cv-00139<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs, Uri Litvak and Marianne Litvak, or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| None. | None. |

01-25-2024

Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, Uri Litvak & Marianne Litvak