JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

URI LITVAK, and
MARIANNE LITVAK,

          Plaintiffs,

     v.

VISTANA SIGNATURE
   EXPERIENCES, INC.,
MARRIOTT VACATIONS
   WORLDWIDE CORPORATION,
ANDREW LAWRENCE
   O'CONNELL, IV,
FLEX COLLECTION, LLC, and
DOES 2 through 10,

          Defendants.

Case No. 8:24-cv-00139-JWH-KES

**JUDGMENT**

1    Pursuant to the "Order Regarding Defendants' Motions to Dismiss [ECF

2  Nos. 17 & 21] and Defendants' Motion to Stay [ECF No. 25]" filed substantially

3  contemporaneously herewith,

4    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

5    1.    This Court possesses subject matter jurisdiction over the above-

6  captioned action pursuant to 28 U.S.C. § 1332.

7    2.    This action is **DISMISSED without prejudice** for *forum non*

8  *conveniens*.

9    3.    To the extent that any party requests any other form of relief, such

10  request is **DENIED**.

11    **IT IS SO ORDERED.**

12

13  Dated:_____July 3, 2024_____    _____

14                                   John W. Holcomb
                                     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28